IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: GREG PYTLEWSKI                          )
                                               )
                                               )
WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER    )
TO WELLS FARGO HOME MORTGAGE, INC.,            )
                                               )
            Creditor,                          )
     vs.                                       )  CASE NO. 04B19874
                                               )  JUDGE BRUCE W. BLACK
GREG PYTLEWSKI,                                )
                       Debtor                  )
                                               )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., Successor By Merger To Wells Fargo Home Mortgage, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the May 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of July 10, 2007.

    a. Attorney's Fees           $   250.00

    b. Accrued Late Charges      $    68.72

    c. Property Inspections      $   240.00

    d. Bankruptcy Fees & Costs   $   740.67

    Total                        $ 1,299.39

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Wells Fargo Bank, N.A., Successor By Merger To Wells Fargo Home Mortgage, Inc. rights to collect these amounts will remain unaffected.

Respectfully Submitted,

Wells Fargo  Bank, N.A.,
Successor By Merger To Wells
Fargo Home Mortgage, Inc.

/s/Michael Halpin
Michael Halpin
ARDC#6239453

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088