```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 19874
   GREG PYTLEWSKI
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-6946
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/21/04 and confirmed on 10/05/04.

    2.  The case was dismissed after confirmation, 05/30/2008.

    3.  The Debtor paid a total of $ 26082.07 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MB FINANCIAL BANK | SECURED | .00 | .00 | .00 |
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 14537.12 | .00 | 14537.12 |
| ILLINOIS DEPT REVENUE | PRIORITY | 847.87 | .00 | 566.63 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6237.34 | .00 | 4168.44 |
| ANTHONY WAYNE CREDIT ADJ | UNSECURED | 220.00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1200.26 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COPLEY NEWSPAPER | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| DENNIS B PORICK | UNSECURED | 2882.83 | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE PRINTING | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GULF STATE CREDIT LLC | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| J & J COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| JBC & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | 227.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| MCI TELECOMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| NARVICK CONCRETE BROS | UNSECURED | 1919.71 | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1275.86 | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA SERVICE CORP | UNSECURED | NOT FILED | .00 | .00 |

```
PROVENA ST JOSEPH MEDICA  UNSECURED        NOT FILED           .00            .00
UNITED CREDIT NATIONAL B  UNSECURED        NOT FILED           .00            .00
MB FINANCIAL BANK         MORTGAGE ARRE     3369.62            .00        3369.62
ASSET ACCEPTANCE CORP     UNSECURED         3069.18            .00            .00
ILLINOIS DEPT REVENUE     UNSECURED          148.80            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         5379.56            .00            .00
CARD MEMBER SERVICES      UNSECURED          946.20            .00            .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 17906.74      7085.21    17269.40           .00       42261.35
PRINCIPAL PAID     17906.74      4735.07         .00           .00       22641.81
INTEREST PAID           .00           .00        .00           .00             .00
TOTAL PAID         17906.74      4735.07         .00           .00       22641.81
```

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   2700.00
and was paid $    406.00  direct and $   2294.00  through the plan.

The Trustee received $   1146.26 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


       Dated: 08/19/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 19874 GREG PYTLEWSKI